# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

INTERSTATE PAPER, LLC, )
)
    Plaintiff, )
)
v. )   Case No. CV415-268
)
TOD EDWARD FLATHMANN, P.E.,[1] )
)
    Defendant. )

## ORDER

In this complex contract dispute surrounding construction at plaintiff's Riceboro, Georgia paper mill, both parties request that the Court stay all discovery until it rules on two pending dispositive motions (defendant's motion to dismiss (doc. 7) and plaintiff's motion to remand (doc. 8)). *See* doc. 15 (Fed. R. Civ. P. 26(f) report). Because that future ruling could well moot any need for discovery (at least in this Court), the Court **STAYS** all discovery deadlines, including those for Rule 26(a)(1)

---

[1] The Court acknowledges plaintiff's objection to the caption only including defendant Flathmann, but not Jacobs Engineering Group, Inc. *See* doc. 15 at 1 n. 1. That objection, however, touches on issues intimately related to the Court's jurisdiction and thus is better left to the district judge's order disposing of the pending dispositive motions.

disclosures. The parties shall file a proposed discovery plan within 14 days of the date that the Clerk serves any order denying both motions.

**SO ORDERED**, this <u>18th</u> day of December, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA